THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BALDASSARO DE MINO, Appellant.—Defendant appeals from a judgment of the County Court, Kings County, convicting him of the crime of murder in the second degree. Defendant also appeals from an order of said court denying his motion for a severance of trial and from an order denying his motion to set aside the verdict and for a new trial. Judgment and orders unanimously affirmed. The charge of the court as to the effect of intoxication and as to justifiable homicide, intent and premeditation was proper. No error was committed in the admission of a statement of a codefendant as the court instructed the jury that such statement was not binding on appellant. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE FARGNOLI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE FARGNOLI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellants of the crime of violation of the Labor Law on their plea of guilty, and imposing sentence, modified on the facts by reducing the sentence to the time already served. As thus modified the judgment is unanimously affirmed. Under the circumstances, the sentence, in our opinion, was excessive. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.